## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

MARVIN ALLEN,

       Plaintiff,

vs.

OUTBACK STEAKHOUSE
OF FLORIDA, LLC, et al.,

       Defendants.

Case No. 2:25-cv-13761
Hon. Matthew F. Leitman

---

| | |
|---|---|
| LINDSAY F. SIKORA (P75367)<br>SIKORA LAW FIRM<br>Attorneys for Plaintiff<br>26211 Central Park Blvd., Ste. 207<br>Southfield, MI 48076<br>(248) 230-2330 (248) 460-4333 [Fax]<br>lsikora@sikoralawfirm.com | DAVID J. YATES (P49405)<br>SEGAL MCCAMBRIDGE SINGER &<br>MAHONEY<br>Attorneys for Defendants<br>29100 Northwestern Hwy, Suite 240<br>Southfield, MI 48034<br>(248) 994-0060 / (248) 994-0061 [Fax]<br>dyates@smsm.com |

---

## <u>ORDER REFUNDING FEES PAID BY DEFENDANTS</u>

NOW COME Defendants, OUTBACK STEAKHOUSE OF FLORIDA, LLC and BLOOMIN' BRANDS, INC., by and through their attorneys, David J. Yates and Segal McCambridge, and request the following of this Court:

On November 24, 2025, Defendants filed a Notice of Removal and paid the $405 civil filing fee. Then, on December 3, 2025, Defendants resubmitted an *Amended* Notice of Removal to this Court and paid the $405 civil filing fee once again. (Receipt No.: AMIEDC-10509573)

IT IS HEREBY RESPECTFULLY REQUESTED the Court refund Defendant's duplicate payment of $405.

THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THIS CASE.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 8, 2025

Approved as to form and entry:

/s/ David J. Yates
Attorney for Defendants

Dated:  December 5, 2025