**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN ALLEN,

Plaintiff,

Case No: 2:25-cv-13761
Hon. Matthew F. Leitman

v.

OUTBACK STEAKHOUSE
OF FLORIDA, LLC,

Defendant.

**SIKORA LAW FIRM**
**LINDSAY F. SIKORA (P75367)**
Attorneys for Plaintiff
26211 Central Park Blvd. Ste. 207
Southfield, MI 48076
(248) 230-2330/ F: (248) 460-4333
lsikora@sikoralawfirm.com

**SEGAL MCCAMBRIDGE SINGER & MAHONEY**
**DAVID J. YATES (P49405)**
**JUDITH R. HERMAN (P40477)**
Attorneys for Defendants
29100 Northwestern Hwy, Suite 240
Southfield, MI 48034
(248) 994-0060 / F: (248) 994-0061
dyates@smsm.com
jherman@smsm.com

**STIPULATED ORDER ADJOURNING FACILITATION, EXTENDING DISCOVERY AND EXPERT WITNESS DISCLOSURE DATES, AND STAYING ALL OTHER SCHEDULING ORDER DATES UNTIL AFTER FACILITATION**

This matter having come before the Court on the stipulation of the parties through their respective counsel, who are actively involved in discovery in an amiable manner, and the court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** that the Case Management Requirements and Scheduling Order entered April 2, 2026, and the Facilitation/Discovery Order entered July 30, 2026, shall be amended as follows:

**Facilitation**: The voluntary non-binding Facilitation scheduled with Dan Makarski January 6, 2027, shall be adjourned and re-scheduled to take place on or before April 13, 2027. The parties and/or the Facilitator shall notify the Court of the outcome of Facilitation within seven (7) days after the Facilitation.

**Discovery**: The parties agree to extend the fact discovery cut off in this matter through the new Facilitation date (on or before April 13, 2027).

**Expert Disclosures** shall be extended as follows:

- Proponent Expert Disclosures: January 5, 2027
- Rebuttal Expert Disclosures: February 5, 2027

**Stay**: All other deadlines set forth in the Scheduling Order entered April 2, 2026, shall be stayed until after Facilitation. If this matter does not resolve through Facilitation, the Court will hold a Case Management Conference to re-schedule all other deadlines set forth in the Scheduling Order entered April 2, 2026.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

Stipulated and agreed to:

/s/ *Lindsay F. Sikora*
LINDSAY F. SIKORA (P75367)
Attorneys for Plaintiff

*/s/ Judith R. Herman*
DAVID J. YATES (P49405)
JUDITH R. HERMAN (P40477)
Allegedly Attorneys for Defendant

Dated: November 16, 2026